FILED

12/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0151

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0151

_____

RALPH HUTT,

     Plaintiff and Appellee,

v.

                                  O R D E R

MARYLAND CASUALTY CORPORATION,

     Defendant and Appellant.

_____

On May 30, 2023, in response to prior Order of this Court, the parties filed a status report indicating they had reached a "settlement in principle" and required additional time to finalize the terms of the settlement. They further advised the Court that they would file either a stipulation for dismissal or another status report within 60 days. Nothing further has been filed.

IT IS ORDERED that counsel shall file either a stipulation for dismissal or a report on the status of this appeal on or before January 10, 2024.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 27 2023